# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 20-1051-JFW** | Date: October 2, 2020 |
| Title: | In Re Debtor Jeanette Aguilar<br>Jeanette Aguilar -v- Howard Grobstein | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED

     On May 18, 2020, Appellant Jeanette Aguilar ("Appellant") filed a Notice of Appeal, appealing the Bankruptcy Court's April 3, 2020 Order, After Hearing, Granting Application of Chapter 7 Trustee for Authorization to Employ Grobstein Teeple LLP as Accountants Effective January 10, 2020. Docket No. 1. On July 24, 2020, the Court entered a Notice Re: Bankruptcy Record Complete, informing the parties "that this Court has received from the Clerk of the Bankruptcy Court either the record for the above-captioned appeal or notice that the record is available electronically." Docket No. 9. Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." As a result, Appellant was required to file and serve her Opening Brief on or before August 24, 2020. However, Appellant failed to file a timely Opening Brief and, as of September 30, 2020, still has not filed an Opening Brief.

     Accordingly, the Court orders Appellant to show cause in writing no later than October 6, 2020, why this Appeal should not be dismissed for failure to comply with Federal Rules of Bankruptcy Procedure Civil Procedure 8018. *See Doe v. Rostker*, 89 F.R.D. 158, 163 (N.D. Cal. 1981) ("This court has both the duty and the right to ensure compliance with the Federal Rules and to take action necessary to achieve the orderly and expeditious disposition of cases"). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If Appellant files her Opening Brief on or before October 6, 2020, the Court will consider that a satisfactory response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this appeal.

     IT IS SO ORDERED.